# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **JAHMAL AHMAD WHATLEY,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| vs. | ) Civil Action No. CV-11-S-8024-NE |
| | ) |
| **UNITED STATES,** | ) |
| | ) |
| **Respondent.** | ) |

## ORDER

Magistrate Judge Harwell Davis entered a Report on June 21, 2012, recommending that petitioner's 28 U.S.C. § 2255 petition be denied.[1] The parties were allowed fourteen days in which to file objections to the recommendations made by the magistrate judge.[2] The copy of the report and recommendation mailed to petitioner at his last known address was returned to the court as undeliverable, marked "Return to Sender–Not Here."[3] The Federal Bureau of Prisons website shows that petitioner was released from prison on October 21, 2011.[4] To date, petitioner has neither provided the court with an updated address, nor filed objections to the report and recommendation.

---

[1] Doc. no. 5 (Report and Recommendation).

[2] *See id*. at 4.

[3] *See* doc. no. 6 (Returned Mail).

[4] *See* Federal Bureau of Prisons, Inmate Locator, available at http://www.bop.gov/iloc2/LocateInmate.jsp.

Having carefully reviewed and considered *de novo* the record and the Magistrate Judge's report and recommendation, the court is of the opinion that the Magistrate Judge's report and recommendation is due to be, and it hereby is, ADOPTED. Accordingly, it is ORDERED, ADJUDGED, and DECREED that the Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 is due to be, and it hereby is, DENIED. The Clerk is directed to close this file.

DONE this 16th day of July, 2012.

_____
United States District Judge